IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | No. 3:05-cr-313-M-1 |
| § | |
| ALEJANDRO TAMAYO, § § Defendant. § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 14, 2022. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and the objections are overruled. This Court finds no extraordinary and compelling reasons to modify Defendant's sentence under 18 U.S.C. § 3582(c), nor a basis under 18 U.S.C. § 3553(a) to do so.

**SO ORDERED** this 12th day of April, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE